PROB 12A
(7/93)

# United States District Court

## for

## District of New Jersey

## Report on Offender Under Supervision

Name of Offender: Stephanie Caminero  Cr.: 20-00576-001
PACTS #: 3555453

Name of Sentencing Judicial Officer:  THE HONORABLE MARTHA VAZQUEZ (D/NM)
UNITED STATES DISTRICT JUDGE

Reassigned to Judicial Officer:  THE HONORABLE SUSAN D. WIGENTON
UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 10/24/2018
Transfer of Jurisdiction to D/NJ:  07/09/2020

Original Offense:   Possession with Intent to Distribute 1 Kilogram and More of Heroin and Aiding and Abetting, 21 U.S.C., Sections 841(a)(1), 841(b)(1)(A) and 18 U.S.C., Section 2

Original Sentence: Time served, 3 years supervised release, $100 special assessment

Special Conditions: Alcohol/Drug Testing and/or Treatment, Mental Health Treatment, Education/Employment Requirement, Search/Seizure, Location Monitoring, Community Service, DNA Testing

Type of Supervision: Supervised Release  Date Supervision Commenced: 10/24/2018

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

Violation Number | Nature of Noncompliance

1 | On September 6, 2020, the New Jersey State Police Department conducted a traffic stop of a vehicle Caminero was a passenger in.  Police recovered a small baggie of suspected marijuana from Caminero's personal bag.  She was subsequently charged with possession of marijuana under 50 grams (a disorderly persons offense) and released without incident.

A court date is scheduled for September 24, 2020 at the Fairfield Municipal Court.

U.S. Probation Officer Action:

The probation office verbally reprimanded Caminero and will be utilizing STARR skills for intervention purposes.  We will also increase our frequency of contact/urine testing with her.  Since her release from custody, Caminero completed mental health treatment and has remained gainfully employed.

Our office recommends withholding Court action at this time.  We will immediately notify the Court of any additional instances of noncompliance.

                Respectfully submitted,

                SUSAN M. SMALLEY, Chief
                U.S. Probation Officer

                *Anthony J. Nisi*

              By:   ANTHONY J. NISI
                     U.S. Probation Officer

/ajn

APPROVED:

*Luis R. Gonzalez*    9-10-20
LUIS R. GONZALEZ        Date
Supervising U.S. Probation Officer

---

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

[X] No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

              *s/Susan D. Wigenton, U.S.D.J.*
                Signature of Judicial Officer

              **September 11, 2020**
                Date